**EXHIBIT A**

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below.




Russ Kendig
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION, CANTON

```
------------------------------------------------------x
In re:                                                 :   Case No. 10-60620
                                                       :
SENIAH CORP.,                                          :   Chapter 11
                                                       :
        Debtor and                                     :   Judge Russ Kendig
        Debtor-in-Possession.                          :
                                                       :
------------------------------------------------------x
```

## ORDER GRANTING MOTION REQUESTING CONTINUANCE OF CONFIRMATION HEARING AND ADJUSTMENT TO OBJECTION DATE REGARDING THE DEBTOR'S PLAN OF REORGANIZATION

This matter is before the Court on the Federal Home Loan Mortgage Corporation's ("Freddie Mac") *Motion Requesting Continuance of Confirmation Hearing on Debtor's First Amended Plan of Reorganization and Adjustment of Date to File Objections to Amended Plan of Reorganization* [Docket No. 106, the "Motion"]. Debtor and debtor-in-possession Seniah Corp. ("Debtor") filed a response thereto [Docket No. 111], as did interested parties William K. Haines, Jr. and Nancy Haines [Docket No. 112]. Following a hearing on the Motion on January

18, 2011, the Court has determined that it is appropriate to grant the motion, as set forth herein (and based upon the stipulation of the parties).

This Order modifies and amends two prior documents in this matter: (a) that certain November 23, 2010 *Order Granting Debtor's Motion to Alter or Amend Order Dated October 12, 2010* [Docket No. 92, "November Order"]; and (b) that certain December 30, 2010 *Notice of: (i) Entry of Order Approving Motion for an Order: (a) Approving Disclosure Statement and (b) Establishing the Procedure for Solicitation and Tabulation of Votes to Accept or Reject the Debtor's Plan of Reorganization; (ii) Hearing on Confirmation of Debtor's Proposed Plan of Reorganization and Deadline for Voting Ballots on Same; and (iii) Deadline for Objecting to Confirmation of Debtor's Proposed Plan of Reorganization* [Docket No. 104, "December Notice"], as set forth below. In the event of a discrepancy between either the November Order or the December Notice and this Order, this Order shall prevail.

Accordingly, **IT IS HEREBY ORDERED THAT:**

1. The Motion shall be, and hereby is, **GRANTED**, as set forth herein. Capitalized terms not defined herein are as set forth in the Debtor's *Motion for an Order (a) Approving the Debtor's Proposed Disclosure Statement and (b) Establishing the Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Debtor's Plan of Reorganization* [Docket No. 83] and the Memorandum in Support thereof [Docket No. 84].

2. The December Notice is modified as follows: the time for the hearing with respect to confirmation of the Debtor's Plan (the "Confirmation Hearing") is hereby moved from **February 8, 2011**, to **April 7 and 8, 2011**, commencing at 10:00 a.m. on each day.

3. The December Notice is further amended and supplemented with the following deadlines in respect of the Confirmation Hearing:

- Deadline for Freddie Mac to file any motion regarding its claim pursuant to Rule 3018 of the Federal Rules of Bankruptcy Procedure: **February 22, 2011.**

- Deadline for Freddie Mac to disclose Confirmation Hearing fact and expert witnesses, and to provide expert reports to the Debtor: **March 7, 2011.**

- Deadline for Freddie Mac to file objections to the Plan: **March 7, 2011**; *provided, however*, that the parties may supplement objections or responses thereto at any time prior to the Confirmation Hearing.

- Deadline for the Debtor to disclose Confirmation Hearing fact witnesses to Freddie Mac: **March 15, 2011.**

- Deadline for the Debtor to disclose Confirmation Hearing expert witnesses, and to provide expert reports to Freddie Mac: **March 22, 2011.**

- Deadline for holders of claims or interests entitled to vote on the acceptance or rejection of the Plan to deliver their votes on the Plan to the Debtor's counsel: **March 29, 2011, at 4:00 p.m.**

- Deadline for conducting discovery with respect to the Plan: **April 4, 2011.**

4. The November Order is modified by striking the last two sentences of the first paragraph thereof and replacing them with the following: "Debtor shall have until **May 9, 2011** to confirm a plan of reorganization. If Debtor fails to confirm a plan by the deadline, the stay is terminated as of May 9, 2011, and Freddie Mac is granted full relief from the automatic stay, with or without further order."

5. All other terms, conditions and deadlines contained in all other Orders or notices issued herein shall remain the same.

6. The Debtor shall issue notice of this Order and the deadlines set forth herein to all holders of claims or interests within ten days of the entry of this Order.

###

AGREED AND CONSENTED TO:

/s/ Reginald W. Jackson
Reginald W. Jackson, Esq.(0022885)
Vorys, Sater, Seymour and Pease, LLP
52 East Gay Street
Columbus, OH 43216
Telephone: (614) 464-5621
Fax: (614) 719-4778

*Attorney for the Federal Home
Loan Mortgage Corporation*

/s/ Joshua S. Berger
Patrick J. Keating, Esq. (0023481)
Joshua S. Berger, Esq. (0068478)
Buckingham, Doolittle & Burroughs, LLP
3800 Embassy Parkway, Suite 300
Akron OH 44333-8398
Telephone: (330) 376-5300
Fax: (330) 258-6559

*Attorneys for Debtor*

«AK3:1053931_v1»