Motion granted 3/22/11; conference reset for 4/13/11 at 10:00 a.m. There will be no further continuances.
s/ James S. Gwin
JAMES S. GWIN
UNITED STATES
DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FORTRESS VALUE RECOVERY FUND I, LLC<br><br>Plaintiff,<br><br>v.<br><br>COLUMBUS COMPONENTS GROUP, LLC, CCG HOLDINGS, LLC, PJ MANAGEMENT GROUP, LLC, HAWTHORN MANUFACTURING CORPORATION, and PATRICK JAMES<br><br>Defendants. | ) | CASE NO. 1:11-CV-00200<br><br>JUDGE JAMES S. GWIN<br><br>**MOTION TO CHANGE DATE OF CASE MANAGEMENT CONFERENCE** |

Defendants, Columbus Components Group, LLC, CCG Holdings, LLC, and PJ Management Group, LLC ("Movants"), through their undersigned counsel, hereby move this Court to change the date for the Case Management Conference which is presently scheduled for April 8, 2011 at 10:30 a.m. The grounds for this motion are as follows:

1. The undersigned, Patrick J. Keating, will be the lead trial counsel in this action for the Movants.

2. This Court's Case Management Conference Scheduling Order requires the attendance of lead counsel for the Case Management Conference.

3. Attorney Keating is presently scheduled to be in the Canton Bankruptcy Court for a contested confirmation hearing in the Chapter 11 bankruptcy case of *In re Seniah Corp.*, Case No. 10-60620. The Bankruptcy Court had previously scheduled April 7 and 8 for the confirmation hearing. See, Exhibit A.