IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| FORTRESS VALUE RECOVERY FUND I, LLC | ) CASE NO. 1:11-CV-00200 )  ) JUDGE JAMES S. GWIN |
| Plaintiff, | ) |
| v. | ) MAGISTRATE JUDGE WILLIAM H. ) BAUGHMAN |
| COLUMBUS COMPONENTS GROUP, LLC, *et al.* | ) ) **NOTICE OF SUBSTITUTION/** ) **APPEARANCE OF COUNSEL** |
| Defendants. | ) |

Please be advised that Gregory J. Lucht, of the law firm Benesch, Friedlander, Coplan & Aronoff LLP, 200 Public Square, Suite 2300, Cleveland, Ohio 44114-2378, hereby enters his appearance as co-counsel of record for Defendants Hawthorn Manufacturing Corporation ("Hawthorn") and Patrick James ("James") in the above-captioned matter, substituting for Tamara L. Karel.  Pete C. Elliott and Julia M. Leo of Benesch, Friedlander, Coplan & Aronoff LLP, who are also counsel for Hawthorn and James, remain as counsel in this action.  All future notices, papers and filings should be directed to Mr. Elliott, Mr. Lucht and Ms. Leo.

                                              Respectfully submitted,

**OF COUNSEL:**

**BENESCH, FRIEDLANDER,**
   **COPLAN & ARONOFF LLP**

*/s/ Gregory J. Lucht*
Pete C. Elliott (0002235)
Gregory J. Lucht (0075045)
Julia M. Leo (0086997)
200 Public Square, Suite 2300
Cleveland, OH 44114-2378
Telephone:  (216) 363-4500
Facsimile:  (216) 363-4588
E-mail:  pelliott@beneschlaw.com
         glucht@beneschlaw.com
         jleo@beneschlaw.com

*Attorneys for Defendants Hawthorn*
*Manufacturing Corporation and Patrick James*

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was filed electronically on the 1st day of April, 2011 in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the Court's Electronic Filing System. Parties may access this filing through the Court's Filing System.

*/s/Gregory J. Lucht*
*One of the Attorneys for Defendants Hawthorn*
*Manufacturing Corporation and Patrick James*