UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| FORTRESS VALUE RECOVERY FUND I LLC,<br><br>          Plaintiff,<br><br>   -against-<br><br>COLUMBUS COMPONENTS GROUP, LLC, CCG HOLDINGS, LLC, PJ MANAGEMENT GROUP, LLC, HAWTHORN MANUFACTURING CORPORATION, and PATRICK JAMES,<br><br>          Defendants. | Case No. 1:11-CV-00200<br><br>Hon. James S. Gwin<br><br>**NOTICE OF SUBSTITUTION/<br>APPEARANCE OF COUNSEL** |

  Please be advised that Benjamin D. Bleiberg, of the law firm Chadbourne & Park LLP, 30 Rockefeller Plaza, New York, NY 10112, hereby enters his appearance as co-counsel of record for Plaintiff Fortress Value Recovery Fund I LLC in the above-captioned matter, substituting for Robert E. Grossman.  Scott S. Balber of Chadbourne & Park LLP will remain co-counsel in this action.  All future notices, papers and filings should be directed to Messrs. Balber and Bleiberg.

Dated: New York, New York
    April 1, 2011

              CHADBOURNE & PARKE LLP

            By   /s/ Benjamin D. Bleiberg
               Benjamin D. Bleiberg
             Attorneys for Plaintiff
             30 Rockefeller Plaza
             New York, NY  10112
             Tel. (212) 408-5100
             Fax (212) 541-5369
             bbleiberg@chadbourne.com

## **CERTIFICATE OF SERVICE**

 The foregoing has been served on all parties via the Court's electronic filing system on this 1st day of April, 2011.

/s/ Benjamin D. Bleiberg
Benjamin D. Bleiberg
