# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| FORTRESS VALUE RECOVERY FUND I, LLC ) ) ) Plaintiff, ) ) v. ) ) COLUMBUS COMPONENTS GROUP, LLC, ) et al. ) ) Defendants. ) ) | Case No. 1:11-CV-00200 JUDGE JAMES S. GWIN MAGISTRATE JUDGE WILLIAM H. BAUGHMAN |

## NOTICE OF SERVICE OF INITIAL DISCLOSURES OF DEFENDANTS, HAWTHORN MANUFACTURING CORPORATION AND PATRICK JAMES

NOTICE is hereby given that Hawthorn Manufacturing Corporation and Patrick James served the *Initial Disclosures of Defendants Hawthorn Manufacturing Corporation and Patrick James*, on the following by email transmission and U.S. mail, postage prepaid, on the 8th day of April, 2011:

  Scott S. Balber, Esq.
  Chadbourne & Parke
  30 Rockefeller Plaza
  New York, NY  10112
  Email:  sbalber@chadbourne.com

  *Attorneys for Plaintiff*

  and

      Patrick J. Keating, Esq.
      Philip R. Wiese, Esq.
      Matthew R. Duncan, Esq.
      Buckingham, Doolittle & Burroughs
      3800 Embassy Parkway, Suite 300
      P.O. Box 1500
      Akron, OH  44333
      Email:   pkeating@bdblaw.com
                   pwiese@bdblaw.com
                   mduncan@bdblaw.com

*Attorneys for Defendants PJ Management Group, LLC,*
*CCG Holdings, LLC and Columbus Components Group, LLC*


                            Respectfully submitted,


                            */s/ Pete C. Elliott*
                            PETE C. ELLIOTT (0002235)
                            GREGORY J. LUCHT (0075045)
                            JULIA M. LEO (0086997)
                            **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
                            200 Public Square, Suite 2300
                            Cleveland, OH 44114-2378
                            Telephone:    216-363-4500
                            Facsimile:    216-363-4588
                            Email:        pelliott@beneschlaw.com
                                           glucht@beneschlaw.com
                                           jleo@beneschlaw.com
                            *Attorneys for Defendant Hawthorn*
                            *Manufacturing Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of April, 2011, a true and complete copy of the foregoing Notice of Service of Initial Disclosures of Defendants Hawthorn Manufacturing Corporation and Patrick James was filed electronically. Service on all the parties of record will be made through the Court's Electronic Filing System. The parties may access this filing through the Court's Electronic Filing System.

*/s/ Pete C. Elliott*
*One of the Attorneys for Defendant Hawthorn Manufacturing Corporation*