**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| FORTRESS VALUE RECOVERY FUND I, LLC | ) ) | CASE NO. 1:11-CV-00200 |
| | ) | |
| Plaintiff, | ) ) | JUDGE JAMES S. GWIN |
| | ) | Magistrate Judge William H. Baughman |
| v. | ) | |
| | ) | |
| COLUMBUS COMPONENTS GROUP, LLC, *et al.* | ) ) | **NOTICE OF SERVICE OF** **INITIAL DISCLOSURES** |
| | ) | |
| Defendants. | ) | |

Pursuant to Federal Rule of Civil Procedure 26(a)(1), NOTICE is hereby given by Defendants Columbus Components Group, LLC, CCG Holdings, LLC and PJ Management Group ("CCG Defendants"), by and through their undersigned counsel, that on the 8th day of April, 2011, CCG Defendants served their Rule 26(a)(1) Initial Disclosures upon Plaintiff Fortress Value Recovery Fund I, LLC, by  regular U.S. mail, postage prepaid, upon Scott S. Balber, Esq. and Robert E. Grossman, Esq., Chadbourne & Parke, 30 Rockefeller Plaza, New York, NY  10112, and upon Defendants Patrick James and Hawthorn Manufacturing Corporation by regular U.S. mail, postage prepaid, upon Julia M. Leo, Esq. and Pete C. Elliott, Esq., Benesch, Friedlander, Coplan & Aronoff, 2300 BP Tower, 200 Public Square, Cleveland, Ohio  44114.

Respectfully submitted,

*/s/ Philip R. Wiese*
Patrick J. Keating (0023481)
Philip R. Wiese (0067058)
Matthew R. Duncan (0076420)
**BUCKINGHAM, DOOLITTLE &
BURROUGHS, LLP**
3800 Embassy Parkway, Suite 300
Akron, OH 44333
Phone:(330) 376-5300; Fax: (330) 258-6559

*Attorneys for Defendants, Columbus
Components Group, LLC, CCG Holdings,
LLC, and PJ Management Group, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court system.

*/s/ Philip R. Wiese*

«AK3:1062571_1»