UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FORTRESS VALUE RECOVERY FUND I, LLC | ) ) ) | Case No. 1:11-CV-00200 |
| Plaintiff, | ) ) | JUDGE JAMES S. GWIN |
| v. | ) ) ) | MAGISTRATE JUDGE WILLIAM H. BAUGHMAN |
| COLUMBUS COMPONENTS GROUP, LLC, et al. | ) ) ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE OF
DEFENDANT COLUMBUS COMPONENTS GROUP, LLC'S FIRST SET OF
INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS
DIRECTED TO PLAINTIFF FORTRESS VALUE RECOVERY FUND I, LLC**

Counsel for Defendant Columbus Components Group, LLC hereby gives notice that said Defendant's First Set of Interrogatories and Requests for Production of Documents Directed to Plaintiff Fortress Value Recovery Fund I, LLC, has been served by regular U.S. Mail and email upon Plaintiff's counsel, Scott S. Balber, Benjamin D. Bleiberg and Emily Abrahams of Chadbourne & Parke, 30 Rockefeller Plaza, New York, NY 10112, (sbalber@chadbourne.com, bbleiberg@chadbourne.com and eabrahams@chadbourne.com), this 29th day of April, 2011.

Respectfully submitted,

BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP

By:  */s/ Patrick J. Keating*
 Patrick J. Keating #0023481
 Philip R. Wiese #0067058
 Matthew R. Duncan #0076420
 3800 Embassy Parkway, Suite 300
 Akron, Ohio 44333
 Telephone: (330) 376-5300
 Facsimile: (330) 258-6559
 Email: pkeating@bdblaw.com
  pwiese@bdblaw.com
  mduncan@bdblaw.com

 *Attorneys for Defendants Columbus Components Group, LLC, CCG Holdings, LLC, and PJ Management Group, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Service was filed electronically this 29th day of April, 2011, and that a copy of the foregoing was served upon all parties in this case by operation of this Court's electronic filing system.

*/s/ Patrick J. Keating*

«AK3:1064691_1»