# Lynn Shelton

| | |
|---|---|
| **From:** | Pat Keating |
| **Sent:** | Tuesday, April 19, 2011 3:37 PM |
| **To:** | 'sbalber@chadbourne.com' |
| **Cc:** | 'pelliott@beneschlaw.com' |
| **Subject:** | Fortress Value Recovery Fund I, LLC v. CCG, et al. - Correspondence on Plaintiff's Standing *.* |

Dear Mr. Balber,

You will recall that, at last week's case management conference before Judge Gwin, you promised to send a letter to the undersigned and Mr. Elliott, with references to the documents previously produced with your initial disclosures, demonstrating Plaintiff's claim that it has standing to pursue the causes of action set forth in the Complaint that was filed in this action. Please advise when we might receive such a letter.

Pat Keating

4/19/2011



EXHIBIT 1