**Pat Keating**

| | |
|---|---|
| **From:** | Balber, Scott [SBalber@chadbourne.com] |
| **Sent:** | Thursday, April 28, 2011 11:07 AM |
| **To:** | Pat Keating |
| **Cc:** | Abrahams, Emily; Elliott, Pete; Philip Wiese |
| **Subject:** | RE: Fortress Value Recovery Fund, LLC v. Columbus Components Group, LLC, et al. |

I have reneged on absolutely nothing and I really don't appreciate the stridency of the tone in your and Mr. Elliott's correspondence.  If you have a problem with the timetable I have provided or believe I have made a misrepresentation to you or the Court, you should feel free to seek relief from the Court.   If you do not seek relief from the Court, I will assume that this is just more disingenuous bluster.

-----Original Message-----
From: Pat Keating [mailto:PKeating@BDBLAW.com]
Sent: Thursday, April 28, 2011 10:54 AM
To: Balber, Scott
Cc: Abrahams, Emily; Elliott, Pete; Philip Wiese
Subject: RE: Fortress Value Recovery Fund, LLC v. Columbus Components Group, LLC, et al.

We understand each other fairly well, Mr. Balber.  You have reneged on the representations you made at the Case Management Conference that you would send a letter shortly thereafter explaining Plaintiff's position on the issue of standing.

I am always willing to discuss such matters in a telephone call.
Indeed, it is my preference.  Unfortunately, you have also made it clear that any discussion we might have to convince you to stand by your earlier representation of providing this information without the need to engage in formal discovery would be futile.

If you believe that a discussion would be helpful, then please fell free to call me..


Patrick J. Keating


http://www.bdblaw.com/
Attorneys & Counselors at Law -- http://www.bdblaw.com/ 3800 Embassy Parkway, Suite 300 Akron, OH 44333-8332

Phone: 330-258-6554
Direct Fax: 330-252-5554
Toll Free: 1-800-686-2825
mailto:PKeating@BDBLAW.com

http://www.bdblaw.com/newpublications.asp

http://www.bdblaw.com/PeopleDetail.asp?id=47


http://www.bdblaw.com/new/emailprivacy.html

1



EXHIBIT
3

"IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein."

From: Balber, Scott [mailto:SBalber@chadbourne.com]
Sent: Thursday, April 28, 2011 9:36 AM
To: Pat Keating
Cc: Abrahams, Emily
Subject: RE: Fortress Value Recovery Fund, LLC v. Columbus Components Group, LLC, et al.

Dear Mr. Keating --

You appear to have misinterpreted or willfully ignored my prior email.
I will provide the letter I said I would at the same time I respond to the outstanding discovery requests served by Mr. Elliott. My issue with Mr. Elliott was only as to the timing of when I would provide the letter. In the future, why don't you pick the phone and call me instead of sending letters and emails. Copy my colleague Emily Abrahams on all correspondence.

Regards,


Scott S. Balber
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, New York 10112
212-408-5466 (tel.)
646-710-5466 (fax)


-----Original Message-----
From: Pat Keating [mailto:PKeating@BDBLAW.com]
Sent: Thursday, April 28, 2011 9:32 AM
To: Balber, Scott
Subject: Fortress Value Recovery Fund, LLC v. Columbus Components Group, LLC, et al.



Patrick J. Keating


http://www.bdblaw.com/
Attorneys & Counselors at Law -- http://www.bdblaw.com/ 3800 Embassy Parkway, Suite 300 Akron, OH 44333-8332

Phone: 330-258-6554
Direct Fax: 330-252-5554

Toll Free: 1-800-686-2825
mailto:PKeating@BDBLAW.com

http://www.bdblaw.com/newpublications.asp

http://www.bdblaw.com/PeopleDetail.asp?id=47

http://www.bdblaw.com/new/emailprivacy.html

"IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein."

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently delete the original and any copy of this e-mail and any printout thereof.

For additional information about Chadbourne & Parke LLP and Chadbourne & Parke, a multinational partnership, including a list of attorneys, please see our website at http://www.chadbourne.com

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently delete the original and any copy of this e-mail and any printout thereof.

For additional information about Chadbourne & Parke LLP and Chadbourne & Parke, a multinational partnership, including a list of attorneys, please see our website at http://www.chadbourne.com