# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| FORTRESS VALUE RECOVERY FUND I, LLC Plaintiff, v. COLUMBUS COMPONENTS GROUP, LLC, et al. Defendants. | Case No. 1:11-CV-00200 JUDGE JAMES S. GWIN MAGISTRATE JUDGE WILLIAM H. BAUGHMAN **UNOPPOSED MOTION OF DEFENDANTS TO EXTEND EXPERT IDENTIFICATION DEADLINE** |

Now come Defendants, Columbus Components Group, LLC, CCG Holdings, LLC, PJ Management Group, LLC, Hawthorn Manufacturing Corporation and Patrick James (collectively the "Defendants"), by and through undersigned counsel, and hereby move this Court for a brief, two-week extension of the June 1, 2011 deadline for Defendants to identify their expert witnesses (the "Expert Identification Deadline"). (*See* Doc. No. 41) The requested extension would not only afford the parties the opportunity to complete their discussion relating to the dismissal of this lawsuit, but is also unopposed by Plaintiff, Fortress Value Recovery Fund I, LLC ("Plaintiff").[1] If the Parties are able to agree on the dismissal of this case, such a dismissal would likely occur during the requested two week extension period.

Moreover, this brief extension of time would not have an effect on the current Case Management Schedule, including the trial scheduled on a two-week standby period beginning on November 7, 2011. (*See* Doc. No. 40). Therefore, this unopposed motion to extend Defendants' Expert Identification Deadline by two-weeks will neither delay the administration of this case, nor prejudice the Parties.

---

[1] The Plaintiff and Defendants are hereinafter defined as the "Parties."

For the foregoing reasons, Defendants respectfully request this Court extend their current Expert Identification Deadline from June 1, 2011 to June 15, 2011. A proposed Order is attached hereto for the Court's convenience.

Respectfully submitted,

 */s/ Pete C. Elliott*
PETE C. ELLIOTT (0002235)
GREGORY J. LUCHT (0075045)
JULIA M. LEO (0086997)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, OH 44114-2378
Telephone: 216-363-4500
Facsimile: 216-363-4588
Email: pelliott@beneschlaw.com
glucht@beneschlaw.com
jleo@beneschlaw.com
*Attorneys for Defendant Hawthorn Manufacturing Corporation*


 */s/ Patrick J. Keating*
PATRICK J. KEATING (0023481)
PHILIP R. WIESE (0067058)
MATTHEW R. DUNCAN (0076420)
**BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP**
3800 Embassy Parkway, Suite 300
Akron, Ohio 44333
Telephone: (330) 376-5300
Facsimile: (330) 258-6559
Email: pkeating@bdblaw.com
pwiese@bdblaw.com
mduncan@bdblaw.com
*Attorneys for Defendants Columbus Components Group, LLC, CCG Holdings, LLC, and PJ Management Group, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of May, 2011, a true and complete copy of the foregoing was filed electronically.  Service on all the parties of record will be made through the Court's Electronic Filing System.  The parties may access this filing through the Court's Electronic Filing System.

*/s/ Pete C. Elliott*
*One of the Attorneys for Defendant Hawthorn Manufacturing Corporation*

Doc 6653999   Ver 1