IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FORTRESS VALUE RECOVERY FUND I LLC, | ) ) ) | Case No. 1:11-cv-00200 |
| | ) | Judge James S. Gwin |
| Plaintiff | ) ) | |
| | ) | Magistrate Judge William H. Baughman |
| v. | ) ) | |
| COLUMBUS COMPONENTS GROUP, LLC, *et al.*, | ) ) ) | **STIPULATED NOTICE OF** |
| | ) | **DISMISSAL WITH PREJUDICE** |
| Defendants. | ) | |

It is hereby stipulated by and between the parties that any and all claims that were or could have been brought by Plaintiff, Fortress Value Recovery Fund I LLC, and against Defendants, PJ Management Group, LLC, Hawthorn Manufacturing Corporation and Patrick James, are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), each side to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Date:_____, 2011

_____
Hon. James S. Gwin
United States District Judge

WE SO STIPULATE and agree to abide by the terms of this Order:

*[signature]*

Scott S. Balber, Esq.
**CHADBOURNE & PARKE LLP**
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369
Email: sbalber@chadbourne.com

*Attorneys for Plaintiff Fortress Value Recovery Fund I LLC*

WE SO STIPULATE and agree to abide by the terms of this Order:

*[signature]*

Patrick J. Keating, Esq. (0023481)
Philip R. Wiese, Esq. (0067058)
Matthew R. Duncan, Esq. (0076420)
**BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP**
3800 Embassy Parkway, Suite 300
Akron, OH 44333
Telephone: (330) 376-5300
Facsimile: (330) 258-6559
Email: pkeating@bdblaw.com
pwiese@bdblaw.com
mduncan@bdblaw.com

*Attorneys for Defendants, Columbus Components Group, LLC, CCG Holdings, LLC, and PJ Management Group, LLC*

*[signature]* *per telephone approval 7-1-11*

Pete C. Elliott, Esq. (0002235)
Tamara L. Karel, Esq. (0078942)
Julia M. Leo, Esq. (0086997)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, OH 44114-2378
Telephone: (216) 363-4500
Facsimile: (216) 363-4588
E-mail: pelliott@beneschlaw.com;
tkarel@beneschlaw.com
jleo@beneschlaw.com

*Attorneys for Defendants Hawthorn Manufacturing Corporation and Patrick James*

«AK3:1066801_1»

2