IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| FORTRESS VALUE RECOVERY FUND I LLC, | Case No. 1:11-cv-00200 |
| Plaintiff | Judge James S. Gwin |
| v. | Magistrate Judge William H. Baughman |
| COLUMBUS COMPONENTS GROUP, LLC, et al., | **FINAL JUDGMENT ENTRY AGAINST COLUMBUS COMPONENTS GROUP, LLC AND CCG HOLDINGS, LLC** |
| Defendants. | |

Based upon the stipulation and agreement of the parties, it is hereby ORDERED, ADJUDGED and DECREED, that Final Judgment is hereby rendered in favor of Plaintiff Fortress Value Recovery Fund I LLC, in the amount of $6,000,000.00, jointly and severally against:

(a) Defendant Columbus Components Group, LLC on its obligations under the Note Purchase Agreement as set forth in the First Claim for Relief of the Complaint; and

(b) Defendant CCG Holdings, LLC on its obligations on its guarantee as set forth in the Second Claim for Relief of the Complaint.

All other claims that were or could have been asserted against Columbus Components Group, LLC or CCG Holdings, LLC are hereby dismissed, with prejudice.


IT IS SO ORDERED.

Date: July 6tth, 2011

_____
Hon. James S. Gwin
United States District Judge

WE SO STIPULATE and agree to abide by the terms of this Order:

_____
Scott S. Balber, Esq.
**CHADBOURNE & PARKE LLP**
30 Rockefeller Plaza
New York, NY 10112
Telephone:   (212) 408-5100
Facsimile:   (212) 541-5369
Email:       sbalber@chadbourne.com

*Attorneys for Plaintiff Fortress Value Recovery Fund I LLC*

WE SO STIPULATE and agree to abide by the terms of this Order:

_____
Patrick J. Keating, Esq. (0023481)
Philip R. Wiese, Esq. (0067058)
Matthew R. Duncan, Esq. (0076420)
**BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP**
3800 Embassy Parkway, Suite 300
Akron, OH 44333
Telephone:   (330) 376-5300
Facsimile:   (330) 258-6559
Email:       pkeating@bdblaw.com
             pwiese@bdblaw.com
             mduncan@bdblaw.com

*Attorneys for Defendants, Columbus Components Group, LLC, CCG Holdings, LLC, and PJ Management Group, LLC*

_____
Pete C. Elliott, Esq. (0002235)
Tamara L. Karel, Esq. (0078942)
Julia M. Leo, Esq. (0086997)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, OH 44114-2378
Telephone:   (216) 363-4500
Facsimile:   (216) 363-4588
E-mail:      pelliott@beneschlaw.com;
             tkarel@beneschlaw.com
             jleo@beneschlaw.com

*Attorneys for Defendants Hawthorn Manufacturing Corporation and Patrick James*

«AK3:1067569_1»